UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY KATHMAN, on
behalf of himself and others
similarly situated,

      Plaintiffs,

v.                                      Case No. 8:22-cv-2888-CEH-AAS

FONBUENA LAW FIRM, CHTD.,

      Defendants.

_____/

## ORDER

Defendant Fonbuena Law Firm, CHTD., requests this court grant leave

to serve two third-party subpoenas on T-Mobile and WideOpenWest. (Doc. 24).

Plaintiffs do not oppose this relief. (*Id.* at p. 5). The Cable Communications

Privacy Act requires Fonbuena to seek leave from this court before serving the

subpoenas because T-Mobile and WideOpenWest are internet service providers

with sensitive subscriber information. *See* 47 U.S.C.§ 551(c)(2)(B).

Fonbuena has established that they are entitled to an order granting

leave for Fonbuena to serve third-party subpoenas on T-Mobile and

WideOpenWest. *See Millennium Funding, Inc. v. 1701 Mgmt. LLC*, No. 21-CV-

20862, 2022 WL 1469417, *1 (S.D. Fla. May 10, 2022). However, the production

due date on the two subpoenas is currently January 25, 2023. (Doc. 24, Ex. 1,

1

p. 1; Doc. 24, Ex. 2, p. 1). This would not be enough time for T-Mobile and WideOpenWest to give the necessary statutory notice. *See* 47 U.S.C.§ 551(c)(2)(B) (A cable operator may disclose such information if the disclosure is . . . made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed.").

Thus, Fonbuena's motion for permission to serve third-party subpoenas (Doc. 24) is **GRANTED-IN-PART and DENIED-IN-PART**. Fonbuena may serve the third-party subpoenas to T-Mobile and WideOpenWest with a revised production due date of **March 1, 2024**.

**ORDERED** in Tampa, Florida on January 23, 2024.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge